ECF,REFERRED

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:26−cv−04314−PAE

Hobbs et al. v. Meta Platforms, Inc. et al.
Assigned to: Judge Paul A. Engelmayer
Cause: 17:501 Copyright Infringement

Date Filed: 05/22/2026
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Jeff Hobbs**
*on behalf of themselves and all others similarly situated*

represented by **Eric Cohen**
Stone & Magnanini
400 Connell Drive
Ste 6200
Berkeley Heights, NJ 07922
973−218−1353
Email: ecohen@smcomplex.com
*ATTORNEY TO BE NOTICED*

**David S. Stone**
Stone & Magnanini LLP
400 Connell Drive
Ste. 6200
Berkeley Heights, NJ 07922
973−218−1111
Fax: 973−218−1106
Email: dstone@smcomplex.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Douglas Stone**
*on behalf of themselves and all others similarly situated*

represented by **Eric Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THOMAS DOOLEY**

represented by **David S. Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Meta Platforms, Inc.**

represented by **Christine Mullen Ray**
Dunn Isaacson Rhee LLP
11 Park Place

New York, NY 10007
212−470−0843
Email: cray@dirllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric John Galvez Paredes**
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
202−240−2900
Email: john.paredes@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**France Svistovski**
Dunn Isaacson Rhee LLP
11 Park Place
New York, NY 10007
212−389−5601
Email: fsvistovski@dirllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jenifer N Hartley**
Dunn Isaacson Rhee LLP
401 Ninth Street
Washington, DC 20004
202−240−2922
Email: jhartley@dirllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L Dunn**
Dunn Isaacson Rhee LLP
401 9th Street, NW
Suite 800
Washington, DC 20004
202−240−2900
Email: kdunn@dirllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Smith**
Dunn Isaacson Rhee LLP
401 9th St NW
Suite 800
Washington DC, DC 20004
202−240−2900
Email: ksmith@dirllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Phillips**
Dunn Isaacson Rhee LLP

401 Ninth Street, N.W.
20004
Washington, DC 20004
202−240−2900
Email: jphillips@dirllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Zuckerberg** represented by **Charlotte Keeley**
Liu Shur Kravis LLP
The Westory 607 Fourteenth Street, N.W.
Suite 625
Washington, DC 20005
914−482−8358
Email: charlotte.keeley@lskllp.com
*ATTORNEY TO BE NOTICED*

**Justin V. Shur**
Liu Shur Kravis LLP
607 14th Street, NW
Suite 625
Washington, DC 20005
202−240−7102
Email: justin.shur@lskllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Guillaume Lample**
*TERMINATED: 09/11/2026*

**Defendant**

**Joelle Pineau**
*TERMINATED: 09/11/2026*

**Defendant**

**John Does 1−100**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2026 | Ï 1 | COMPLAINT against John Does 1−100, GUILLAUME LAMPLE, JOELLE PINEAU, META PLATFORMS, INC., Mark Zuckerberg. (Filing Fee $ 405.00, Receipt Number ANYSDC−32889777)Document filed by JEFF HOBBS, ALFRED STONE..(Stone, David) (Entered: 05/22/2026) |
| 05/22/2026 | Ï 2 | CIVIL COVER SHEET filed. (Attachments: # 1 Exhibit Statement of Relatedness Form (IH−32), # 2 Exhibit Statement of Relatedness Form (IH−32)).(Stone, David) (Entered: 05/22/2026) |
| 05/26/2026 | Ï | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney David S. Stone. The party information for the following party/parties has been modified: all parties. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps. (gp)** (Entered: 05/26/2026) |

| | | |
|---|---|---|
| 05/26/2026 | Ï | *****NOTICE TO ATTORNEY TO ELECTRONICALLY FILE RELATED CASE STATEMENT. Notice to Attorney David S. Stone, for non compliance with Local Rule 13 of the Division of Business Among Judges. Attorney must electronically file the Related Case Statement. Use the event type Statement of Relatedness found under the event list Other Documents. (gp)** (Entered: 05/26/2026) |
| 05/26/2026 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Unassigned. .(gp) (Entered: 05/26/2026) |
| 05/26/2026 | Ï | Case Designated ECF. (gp) (Entered: 05/26/2026) |
| 05/26/2026 | Ï | CASE REFERRED to Judge P. Kevin Castel as possibly related to 1:26−cv−3689. (gp) (Entered: 05/26/2026) |
| 05/26/2026 | Ï 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 26−cv−00002. Document filed by Jeff Hobbs, Alfred Douglas Stone..(Stone, David) (Entered: 05/26/2026) |
| 05/26/2026 | Ï 4 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 26−cv−3689. Document filed by Jeff Hobbs, Alfred Douglas Stone..(Stone, David) (Entered: 05/26/2026) |
| 05/27/2026 | Ï | NOTICE OF CASE REASSIGNMENT to Judge Gregory H. Woods. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 05/28/2026) |
| 05/27/2026 | Ï | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (tro) (Entered: 05/28/2026) |
| 05/28/2026 | Ï | NOTICE OF CASE REASSIGNMENT to Judge Paul A. Engelmayer. Judge Gregory H. Woods is no longer assigned to the case. (tro) (Entered: 05/28/2026) |
| 07/23/2026 | Ï 5 | NOTICE OF APPEARANCE by Karen L Dunn on behalf of Meta Platforms, Inc...(Dunn, Karen) (Entered: 07/23/2026) |
| 07/23/2026 | Ï 6 | LETTER MOTION for Extension of Time *to respond to Plaintiffs' Complaint* addressed to Judge Paul A. Engelmayer from Karen L. Dunn dated July 23, 2026. Document filed by Meta Platforms, Inc...(Dunn, Karen) (Entered: 07/23/2026) |
| 07/23/2026 | Ï 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Meta Platforms, Inc...(Dunn, Karen) (Entered: 07/23/2026) |
| 07/24/2026 | Ï 8 | ORDER granting 6 Letter Motion for Extension of Time. GRANTED. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 7/24/2026) (jca) (Entered: 07/24/2026) |
| 08/24/2026 | Ï 9 | NOTICE OF APPEARANCE by Justin V. Shur on behalf of Mark Zuckerberg..(Shur, Justin) (Entered: 08/24/2026) |
| 08/26/2026 | Ï 10 | MOTION to Dismiss . Document filed by Mark Zuckerberg..(Shur, Justin) (Entered: 08/26/2026) |
| 08/26/2026 | Ï 11 | MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss . . Document filed by Mark Zuckerberg..(Shur, Justin) (Entered: 08/26/2026) |
| 08/26/2026 | Ï 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Meta Platforms, Inc...(Dunn, Karen) (Entered: 08/26/2026) |
| 08/26/2026 | Ï 13 | ANSWER to 1 Complaint with JURY DEMAND. Document filed by Meta Platforms, Inc...(Dunn, Karen) (Entered: 08/26/2026) |

| | | |
|---|---|---|
| 08/26/2026 | Ï 14 | NOTICE OF APPEARANCE by Christine Mullen Ray on behalf of Meta Platforms, Inc...(Ray, Christine) (Entered: 08/26/2026) |
| 08/26/2026 | Ï 15 | NOTICE OF APPEARANCE by France Svistovski on behalf of Meta Platforms, Inc...(Svistovski, France) (Entered: 08/26/2026) |
| 08/26/2026 | Ï 16 | NOTICE OF APPEARANCE by Jenifer N Hartley on behalf of Meta Platforms, Inc...(Hartley, Jenifer) (Entered: 08/26/2026) |
| 08/26/2026 | Ï 17 | NOTICE OF APPEARANCE by Kyle Smith on behalf of Meta Platforms, Inc...(Smith, Kyle) (Entered: 08/26/2026) |
| 08/27/2026 | Ï 18 | ORDER: Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by September 16, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by October 7, 2026, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed motion to dismiss. It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by September 16, 2026. Defendant's reply, if any, shall be served by September 30, 2026. SO ORDERED. (Amended Pleadings due by 9/16/2026., Motions due by 10/7/2026.) (Signed by Judge Paul A. Engelmayer on 8/27/2026) (jca) (Entered: 08/27/2026) |
| 08/27/2026 | Ï 19 | NOTICE OF INITIAL PRETRIAL CONFERENCE: This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855) 244−8681, and enter Access Code 2318−315−0661, followed by the pound(#) key. (And as further set forth herein.) SO ORDERED. Initial Conference set for 9/18/2026 at 02:30 PM before Judge Paul A. Engelmayer. (Signed by Judge Paul A. Engelmayer on 8/27/2026) (jca) (Entered: 08/27/2026) |
| 08/27/2026 | Ï 20 | ORDER TO SHOW CAUSE: Plaintiffs filed the complaint in this action on May 22, 2026. Dkt. 1. Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed. It is hereby ORDERED that plaintiffs advise the Court in writing why plaintiffs failed to serve the Summons and Complaint within the 90−day period on defendants Guillaume Lample ("Lample") and Joelle Pineau ("Pineau"), or, if plaintiffs believe that defendants have been served, when and in what manner such service was made. It is further ORDERED that if the Court does not receive any written communication from plaintiffs by September 10, 2026, showing good cause why such service was not made within 90 days, the Court will dismiss without prejudice the claims against defendants Lample and Pineau. SO ORDERED. Show Cause Response due by 9/10/2026. (Signed by Judge Paul A. Engelmayer on 8/27/2026) (jca) (Entered: 08/27/2026) |
| 08/31/2026 | Ï 21 | NOTICE OF APPEARANCE by Eric John Galvez Paredes on behalf of Meta Platforms, Inc...(Paredes, Eric John) (Entered: 08/31/2026) |
| 09/09/2026 | Ï 22 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice against the defendant(s) Guillaume Lample, Joelle Pineau. Document filed by Jeff Hobbs, Alfred Douglas Stone. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**. (Attachments: # 1 Letter re: Notice of Voluntary Dismissal).(Stone, David) (Entered: 09/09/2026) |
| 09/10/2026 | Ï 23 | NOTICE OF APPEARANCE by Eric Cohen on behalf of Jeff Hobbs, Alfred Douglas Stone..(Cohen, Eric) (Entered: 09/10/2026) |
| 09/10/2026 | Ï | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 22 Notice of Voluntary Dismissal, was reviewed and referred to Judge Paul A. Engelmayer for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (tp)** (Entered: 09/10/2026) |

| | | | |
|---|---|---|---|
| 09/11/2026 | Ï | 24 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i): Plaintiffs Jeff Hobbs and A. Douglas Stone, through their undersigned counsel, hereby voluntarily dismiss the case against Defendants GUILLAUME LAMPLE and JOELLE PINEAU. Consistent with Fed. R. Civ. P. 41(a)(1)(A)(i), the dismissal is without prejudice. GRANTED. SO ORDERED. Guillaume Lample and Joelle Pineau terminated. (Signed by Judge Paul A. Engelmayer on 9/11/2026) (jjc) (Entered: 09/11/2026) |
| 09/14/2026 | Ï | 25 | JOINT LETTER addressed to Judge Paul A. Engelmayer from All parties dated 09/14/26 re: Case Management Plan and Prosposed Order. Document filed by Jeff Hobbs, Alfred Douglas Stone. (Attachments: # 1 Proposed Order Case Management Plan and Scheduling Order).(Cohen, Eric) (Entered: 09/14/2026) |
| 09/16/2026 | Ï | 26 | FIRST AMENDED COMPLAINT amending 1 Complaint against John Does 1−100, Meta Platforms, Inc., Mark Zuckerberg with JURY DEMAND.Document filed by Alfred Douglas Stone, Jeff Hobbs, THOMAS DOOLEY. Related document: 1 Complaint..(Stone, David) (Entered: 09/16/2026) |
| 09/17/2026 | Ï | 27 | MOTION for Charlotte U. Keeley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−33455723. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mark Zuckerberg. (Attachments: # 1 Affidavit Affidavit, # 2 Supplement Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Keeley, Charlotte) (Entered: 09/17/2026) |
| 09/17/2026 | Ï | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 MOTION for Charlotte U. Keeley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−33455723. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 09/17/2026) |
| 09/17/2026 | Ï | 28 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Jessica E. Phillips to Appear Pro Hac Vice . *Filing fee $200.00, receipt number ANYSDC−33455808*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Meta Platforms, Inc.. (Attachments: # 1 Affidavit of Jessica Phillips ISO Motion for Admission Pro Hac Vice, # 2 Exhibit DC COGS, # 3 Exhibit IL COGS, # 4 Proposed Order on Motion for Admission Pro Hac Vice).(Phillips, Jessica) Modified on 9/18/2026 (rju). (Entered: 09/17/2026) |
| 09/18/2026 | Ï | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 28 MOTION for Jessica E. Phillips to Appear Pro Hac Vice . *Filing fee $200.00, receipt number ANYSDC−33455808*. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): expired Certificate of Good Standing from Supreme Court of Illinois;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (rju)** (Entered: 09/18/2026) |
| 09/18/2026 | Ï | 29 | ORDER ON MOTION FOR ADMISSION PRO HAC VICE :The motion of Jessica E. Phillips, for admission to practice Pro Hae Vice in the above−captioned matter is granted. (Signed by Judge Paul A. Engelmayer on 9/18/2026) (jca) Transmission to Attorney Services/Help Desk. (Entered: 09/18/2026) |
| 09/18/2026 | Ï | 30 | ORDER: As discussed at today's initial pretrial conference, the Court has issued an order approving the parties' Civil Management Plan and scheduling the next Case Management Conference for March 15, 2026 at 2 p.m. The Court also orders the parties: To file, within one week of a decision on the pending motion to transfer venue inElsevier, Inc. v. Meta Platforms, Inc., No. 26 Civ. 3689 (PKC), a joint letter setting out the parties' views as to a potential motion to transfer this action, and a proposed timetable for briefing that motion. To file, on or before March 8, 2026, a joint status |

| | | |
|---|---|---|
| | | letter updating the Court as to the status of discovery and setting out the parties' views as the timing and nature of potential summary judgment and class certification motions. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/18/2026) (rro) (Entered: 09/21/2026) |
| 09/18/2026 | Ï | Minute Entry for proceedings held before Judge Paul A. Engelmayer: Telephonic Initial Pretrial Conference held on 9/18/2026. (ajs) (Entered: 09/22/2026) |
| 09/21/2026 | Ï 31 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3). This case is to be tried to a jury. Depositions to be completed by the close of fact discovery. All expert discovery shall be completed no later than 150 days after the close of fact discovery. Telephone Conference set for 3/15/2027 at 02:00 PM before Judge Paul A. Engelmayer. The parties should call into the Court's dedicated conference line at (888) 363−4749, and enter Access Code 468−4906, followed by the pound (#) key. (And as further set forth herein.) (Signed by Judge Paul A. Engelmayer on 9/18/2026) (jca) (Entered: 09/21/2026) |
| 09/23/2026 | Ï 32 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/18/2026 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Dana Schaaf, (212) 805−0303. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/14/2026. Redacted Transcript Deadline set for 10/26/2026. Release of Transcript Restriction set for 12/22/2026..(Moya, Goretti) (Entered: 09/23/2026) |
| 09/23/2026 | Ï 33 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/18/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 09/23/2026) |
| 10/02/2026 | Ï 34 | JOINT LETTER addressed to Judge Paul A. Engelmayer from Kyle N. Smith dated October 2, 2026 re: Hobbs, et al. v. Meta Platforms, Inc., et al., 1:26−cv−04314−PAE. Document filed by Meta Platforms, Inc.. (Attachments: # 1 Exhibit A − Elsevier Transfer Order, # 2 Exhibit B − Stipulation and Proposed Order).(Smith, Kyle) (Entered: 10/02/2026) |
| 10/05/2026 | Ï 35 | MEMO ENDORSEMENT on re: 34 Letter, filed by Meta Platforms, Inc. ENDORSEMENT: The Court appreciates the update and will approve the parties' proposed order to transfer venue. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/5/2026) (jca) (Entered: 10/05/2026) |
| 10/05/2026 | Ï 36 | STIPULATION AND ORDER TRANSFERRING VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA ON CONSENT PURSUANT TO 28 U.S.C. § 1404(a): IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:1. This action shall be and hereby is transferred to the United States District Court forthe Northern District of California on the Parties' consent pursuant to 28 U.S.C. §1404(a);2. The Clerk of this Court 1s directed to transfer this action tothe United States District Court for the Northern District of California upon entry ofthis Order;3. Defendants consent to, and shall not oppose, object to, or otherwise take any positionadverse to, any request by Plaintiffs or their counsel of record, whether by application, motion, or stipulation, that the Transferee Court waive any local rule (including, N.D. Ca. Civil Local Rule 11−3) that may require Plaintiffs' counsel to associate California counsel or an attorney maintaining an office in California, and that the Transferee Court otherwise permit Plaintiffs' counsel of record to appear in this action, including by admission pro hac vice, without such association; 9. In the event this stipulation is rejected by the Court, Defendants shall answer, move, or otherwise respond to the Amended Complaint within fourteen (14) days after entry of the Court's order rejecting the stipulation. (And as further set forth herein.) SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/5/2026) (jca) (Entered: 10/05/2026) |