[counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JEFF HOBBS, *et al.*,

Plaintiffs,

v.

META PLATFORMS, INC., *et al.*,

Defendants.

Case No. 3:26-cv-11420-VC

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER ON ANSWER DEADLINE**

Date Action Filed: May 22, 2026

**WHEREAS**, on October 2, 2026, Plaintiffs Jeff Hobbs, Alfred Douglas Stone, and Thomas Dooley ("Plaintiffs"), and Defendants Meta Platforms, Inc. ("Meta,") and Mark Zuckerberg (together with Meta "Defendants," and together with Plaintiffs, the "Parties"), filed a stipulation to transfer the case from the Southern District of New York to the Northern District of California;

**WHEREAS**, the stipulation required the Parties to submit a proposed stipulation setting the date for Defendants to answer Plaintiffs' Amended Complaint (Dkt. No. 26) within fourteen (14) days after the action is docketed in the Northern District of California;

**WHEREAS**, the action was docketed in the Northern District of California on October 16, 2026;

**WHEREAS**, Plaintiffs and Mr. Zuckerberg are discussing Mr. Zuckerberg's potential dismissal from the case;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, that:

1. Meta's deadline to respond to Plaintiffs' Amended Complaint (Dkt. No. 26) is December 1, 2026.
2. Mark Zuckerberg's deadline to respond to Plaintiffs' Amended Complaint (Dkt. No. 26) is held in abeyance pending the Parties' discussions of Mr. Zuckerberg's potential dismissal from the case.

Dated: October 30, 2026

By: /s/ Kyle Smith

**DUNN ISAACSON RHEE LLP**
KAREN L. DUNN (*pro hac vice* forthcoming)
(kdunn@dirllp.com)
JESSICA E. PHILLIPS (*pro hac vice* pending)
(jphillips@dirllp.com)
KYLE SMITH (*pro hac vice* pending)
(ksmith@dirllp.com)
401 9th Street NW
Washington, D.C. 20004
Telephone: (202) 240-2900

**COOLEY LLP**
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000

PHILLIP MORTON (*pro hac vice* forthcoming)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, D.C. 20004-2400
Telephone: (202) 842-7800

*Attorneys for Defendant*
*Meta Platforms, Inc.*

By: *<u>/s/ Justin V. Shur</u>*

**LIU SHUR KRAVIS LLP**
JUSTIN V. SHUR (*pro hac vice* pending)
(justin.shur@lskllp.com)
CHARLOTTE U. KEELEY (*pro hac vice* pending)
(charlotte.keeley@lskllp.com)
607 Fourteenth Street NW, Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

**EHRLICH & CRAIG LLP**
MILES EHRLICH (237954)
(miles@ehrlich-craig.com)
ALEXANDER SETZEPFANDT (340207)
(alex@ehrlich-craig.com)
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600

*Attorneys for Defendant*
*Mark Zuckerberg*

By: /s/ *David S. Stone*

**STONE & MAGNANINI LLP**
DAVID S. STONE (*pro hac vice* pending)
(dstone@smcomplex.com)
ERIC C. COHEN (*pro hac vice* pending)
(ecohen@smcomplex.com)
400 Connell Drive, Suite 6200
Berkeley Heights, NJ 07922
Telephone: (973) 218-1111

**INSCORE LAW CORPORATION**
DANIEL Z. INSCORE (325203)
(eservice@inscore.law)
761 Gardenview Ct, Ste 201
Encinitas, CA 92024
Telephone: (858) 898-4844

*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

I, Kyle Smith, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order. Pursuant to Civil Local Rule No. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 30, 2026 By: */s/ Kyle Smith*

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 4, 2026



The Honorable Vince Chhabria

United States District Judge